IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GAIELLE G. TAPIA-SREJMA, <br><br> Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROARK TRAVEL SERVICE NETWORK, LLC, <br><br> Defendant. | Case No. 11-CV-4142-RED |

## DEFENDANT ROARK TRAVEL SERVICE NETWORK LLC'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Roark Travel Service Network LLC ("RTSN") and for its Corporate Disclosure Statement states:

1. RTSN is privately held limited liability company with no owners who are parent companies, subsidiaries or affiliates that have issued shares to the public.

Respectfully submitted,

By    s/Vincent F. O'Flaherty
Vincent F. O'Flaherty    MO Bar No: 34693
O'Flaherty Law Building
2 West 39th Street
Kansas City, MO  64111
(816) 931-4800 Telephone
(816) 756-2168 Fax

And

Sara E. Welch
Christina D. Arnone
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106


ATTORNEYS FOR DEFENDANT ROARK
TRAVEL SERVICE NETWORK, LLC


## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was sent, via electronic mail this 19th day of July, 2011 to:

Russell C. Riggan
Riggan Law Firm
2000 South 8th Street
St. Louis, Missouri 63104

Alan G. Crone, Esq.
Crone & McEvoy, PLC
5583 Murray Road, Suite 120
Memphis, TN 38119

Attorneys for Plaintiff


                              s/Vincent F. O'Flaherty